IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JOANNA KILLEBREW, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 2:11-cv-03027-SHM-cgc |
| JOEY HYLANDER, SPHERION STAFFING, or SPHERION, MENLO WORLDWIDE LOGISTICS, | ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Joanna Killebrew, by and through her attorney, pursuant to Fed. R. Civ. P. 41(a)(ii) respectfully files this STIPULATION OF DISMISSAL WITH PREJUDICE, each party to bear its/her own costs and fees. Plaintiff requests that the Clerk of the Court close this case on the 15th day of August, 2012.

Respectfully Submitted,

*Sam F. Cole, Jr.* by John S. Snelling, with express permission
_____
Sam F. Cole, Jr. #008144
100 N. Main Street, Suite 1201
Memphis, TN 38103
Tel: 901-525-7648
Attorney for the Plaintiff

4813-4928-2320.1